**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| MANAYUNK NEIGHBORHOOD COUNCIL, INC., | : | No. 90 EAL 2018 |
| | : | |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ZONING BOARD OF ADJUSTMENT C/O | : | |
| PHILADELPHIA LAW DEPARTMENT | : | |
| AND LENNART N. RUSTAM, II, | : | |
| | : | |
| Respondents | : | |

**ORDER**

**PER CURIAM**

  **AND NOW**, this 17th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.